# United States District Court

DISTRICT OF MASSACHUSETTS

STEVEN EYKELHOFF

v.

WOODS HOLE OCEANOGRAPHIC INSTITUTION

SUMMONS IN A CIVIL CASE

CASE NUMBER: 04-10056 JLT

TO: (Name and address of defendant)

WOODS HOLE OCEANOGRAPHIC INSTITUTION
Oyster Pond Road
Woods Hole, MA

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

CAROLYN M. LATTI
LATTI & ANDERSON LLP
30-31 Union Wharf
Boston, MA 02109
(617) 523-1000

an answer to the complaint which is herewith served upon you, within _____twenty_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(BY) DEPUTY CLERK

DATE  JAN -9 2004

**Barnstable County Sheriff's Office**

I hereby certify and return that on **January 16, 2004 at 2:13 PM** I served a true and attested copy of Summons & Complaint Demand, in hand to Wendy, agent in charge accepting for the within named Defendant, Woods Hole Oceanographic, at the last and usual business address to wit: Oyster Pond Road, Woods Hole, MA 02635.

Fee:   $54.30

William J. Dalton, Deputy Sheriff
PO Box 823, Forestdale, MA  02644

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____       _____
            Date                              Signature of Server

                                         _____
                                         Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.