UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

2004 FEB 10 P 12: 21

DISTRICT COURT
DISTRICT OF MASS.

STEVEN EYKELHOFF,
　　Plaintiff

v.

WOODS HOLE OCEANOGRAPHIC
INSTITUTION,
　　Defendant

C.A. No.: 04-10056-JLT

## NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE NAMED COURT:

Please enter my appearance as attorney for the defendant, Woods Hole Oceanographic Institution, in the above entitled action.

By its attorneys,

Robert J. Murphy / BBO No. 557659
HOLBROOK & MURPHY
150 Federal Street
Boston, MA 02110
(617) 428-1151

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail (by hand) on 2-9-04