UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
*****************************)
STEVEN EYKELHOFF,            )
        Plaintiff            )
                             )
                             )   Civil Action No.: 04-10056-JLT
v.                           )
                             )
                             )
WOODS HOLE OCEANOGRAPHIC     )
INSTITUTION,                 )
                             )
        Defendant            )
*****************************
```

## DEFENDANT'S ANSWER TO PLAINTIFF'S COMPLAINT

NOW COMES the defendant, Woods Hole Oceanographic Institution, in the above captioned matter, by and through its undersigned attorneys, Holbrook & Murphy, and respectfully files its answer to the Plaintiff's Complaint as follows:

### General Factual Allegations

1. The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph One (1), and therefore denies same.

2. The defendant admits the allegations in Paragraph Two (2).

3. The defendant admits the allegations in Paragraph Three (3).

4. The defendant admits the allegations contained in Paragraph Four (4).

5. The defendant admits the allegations contained in Paragraph Five (5).

6. The defendant denies the allegations contained in Paragraph Six (6).

7.  The defendant admits that on August 8, 2002, it chartered the R/V OCEANUS. The remaining allegations contained in Paragraph Seven (7) are statements of law requiring no answer of the defendant. To the extent that an Answer is required the defendant denies same.

8.  The defendant admits the allegations contained in Paragraph Eight (8).

9.  The defendant admits the allegations contained in Paragraph Nine (9).

10. The defendant admits the allegations contained in Paragraph Ten (10).

11. The defendant denies the allegations in Paragraph Eleven (11).

12. The defendant denies the allegations in Paragraph Twelve (12).

### Jurisdiction

13. The allegations contained in Paragraph Thirteen (13) are statements of law requiring no Answer of the defendant. To the extent that an Answer is required, the defendant denies same.

14. The allegations contained in Paragraph Fourteen (14) are statements of law requiring no Answer of the defendant. To the extent that an Answer is required, the defendant denies same.

### COUNT I
*Jones Act Negligence*

15. The defendant reiterates and re-affirms all of its Answers contained in Paragraphs One (1) through Fourteen (14), inclusive, and incorporates same by reference herein.

16. The defendant denies the allegations in Paragraph Sixteen (16).

17. The defendant denies the allegations in Paragraph Seventeen (17).

18.     The allegations contained in Paragraph Eighteen (18) are statements of law requiring no Answer of the defendant. To the extent that an Answer is required, the defendant denies the same.

WHEREFORE, the defendant prays that Count I of the Plaintiff's Complaint be dismissed together with costs and reasonable attorneys' fees.

## COUNT II
### *General Maritime Law - Unseaworthiness*

19.     The defendant reiterates and re-affirms all of its Answers contained in Paragraphs One (1) through Eighteen (18), inclusive, and incorporates same by reference herein.

20.     The defendant denies the allegations in Paragraph Twenty (20).

21.     The defendant denies the allegations in Paragraph Twenty-One (21).

22.     The allegations contained in Paragraph Twenty-Two (22) are statements of law requiring no Answer of the defendant. To the extent that an Answer is required, the defendant denies same.

WHEREFORE, the defendant prays that Count II of the Plaintiff's Complaint be dismissed together with costs and reasonable attorneys' fees.

## COUNT III
### *General Maritime Law - Maintenance and Cure*

23.     The defendant reiterates and re-affirms all of its Answers contained in Paragraphs One (1) through Twenty-Two (22), inclusive, and incorporates same by reference herein.

24.     The defendant denies the allegations contained in Paragraph Twenty-Four (24).

WHEREFORE, the defendant prays that Count III of the Plaintiff's Complaint be dismissed together with costs and reasonable attorneys' fees.

### COUNT IV
### *General Maritime Law - Jones Act*

25. The defendant reiterates and re-affirms all of its Answers contained in Paragraphs One (1) through Twenty-Four (24), inclusive, and incorporates same by reference herein.

26. The defendant denies the allegations in Paragraph Twenty-Six (26).

27. The defendant denies the allegations in Paragraph Twenty-Seven (27).

28. The defendant denies the allegations in Paragraph Twenty-Eight (28).

29. The defendant denies the allegations in Paragraph Twenty-Nine (29).

WHEREFORE, the defendant respectfully moves this Honorable Count to dismiss Count IV of the Plaintiff's Complaint, together with costs and reasonable attorneys' fees.

### **AFFIRMATIVE DEFENSES**

NOW COMES the defendant, Woods Hole Oceanographic Institution, and incorporates the following Affirmative Defenses into each and every response contained in its Answer to Plaintiff's Complaint as follows:

1. AND FURTHER ANSWERING AND AS A COMPLETE AND SEPARATE DEFENSE, the defendant states that if the plaintiff was injured as alleged, which is specifically denied, it was due in whole or in part to the plaintiff's own negligence and failure to exercise the degree of care, skill and knowledge reasonably to be expected of an individual of the plaintiff's

4

experience and not due to any negligence or fault on the part of the defendant or any persons for whom the defendant may be legally responsible.

2. AND FURTHER ANSWERING AND AS A COMPLETE AND SEPARATE DEFENSE, the defendant states that if the plaintiff sustained personal injuries as alleged herein, which is specifically denied, it was due to the action and/or omissions of individuals for whom the defendant is not legally responsible.

3. AND FURTHER ANSWERING AND AS A COMPLETE AND SEPARATE DEFENSE, the defendant states that if the plaintiff was injured as alleged herein, which is specifically denied, the plaintiff's injury was sustained as a result of an Act of God, for which the defendant is not legally responsible.

4. AND FURTHER ANSWERING AND AS A COMPLETE AND SEPARATE DEFENSE, the defendant states that the Plaintiff's Complaint fails to state a cause of action upon which relief can be granted.

5. AND FURTHER ANSWERING AND AS A COMPLETE AND SEPARATE DEFENSE, the defendant states that if the plaintiff was injured as alleged, which is specifically denied, such injury was without the fault, knowledge or privity of the defendant; that the damages claimed herein exceed the value of the vessel and the defendant herein claims benefit of any and all laws and statutes of the United States of America, of and concerning Limitation of Liability of the defendant, including 46 U.S.C. Section 183(b).

6. AND FURTHER ANSWERING AND AS A COMPLETE AND SEPARATE DEFENSE, the defendant states that if the plaintiff sustained injuries as alleged herein, which is specifically denied, the plaintiff has not provided documentary medical proof of said injuries, that

5

such injuries occurred in the service of the vessel nor that the plaintiff's alleged medical condition is non-palliative.

7. AND FURTHER ANSWERING AND AS A COMPLETE AND SEPARATE DEFENSE, the defendant states that the plaintiff is barred from recovery based on the Primary Duty Rule.

8. AND FURTHER ANSWERING AND AS A COMPLETE AND SEPARATE DEFENSE, the defendant states that if the plaintiff was injured as alleged herein, which is specifically denied, such injuries were caused by an open and obvious condition for which the defendant is not legally responsible.

9. AND FURTHER ANSWERING AND AS A COMPLETE AND SEPARATE DEFENSE, the defendant states that the Plaintiff's Complaint should be dismissed because of insufficiency of process.

10. AND FURTHER ANSWERING AND AS A COMPLETE AND SEPARATE DEFENSE, the defendant states that any recovery to which the plaintiff may be entitled is limited or barred under the doctrine of charitable immunity.

11. AND FURTHER ANSWERING AND AS A COMPLETE AND SEPARATE DEFENSE, the defendant states that any recovery to which the plaintiff may be entitled is limited or barred by M.G.L. c. 231 Section 85K.

12. AND FURTHER ANSWERING AND AS A COMPLETE AND SEPARATE DEFENSE, the defendant states that the plaintiff has not complied with the provisions of 46 U.S.C. Section 741 *et seq.*, and therefore the Plaintiff's Complaint fails to state a cause of action upon which relief can be granted.

13. AND FURTHER ANSWERING AND AS A COMPLETE AND SEPARATE DEFENSE, the defendant states that the plaintiff has not complied with the provisions of 46 U.S.C. Section 781 *et seq.*, and therefore the Plaintiff's Complaint fails to state a cause of action upon which relief can be granted.

14. AND FURTHER ANSWERING AND AS A COMPLETE AND SEPARATE DEFENSE, the defendant states that the Plaintiff's Complaint should be dismissed under the doctrine of intervening and/or superseding cause.

WHEREFORE, the defendant respectfully moves this Honorable Court to dismiss Plaintiff's Complaint, with costs and reasonable attorneys' fees. The defendant claims trial by jury on all issues raised in Plaintiff's Complaint, Defendant's Answer and Affirmative Defenses, excluding the issue of Limitation of Liability which is unique to the Court's determination.

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail (by hand) on _____

WOODS HOLE OCEANOGRAPHIC INSTITUTION
By its attorneys,

Robert J. Murphy, BBO No. 557659
HOLBROOK & MURPHY
150 Federal Street, 12th Floor
Boston, MA 02110
(617) 428-1151

7