```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF MASSACHUSETTS

STEVEN EYKELHOF,
      Plaintiff,                  )
                                  )
      V                           )         CA 04-10056-JLT
                                  )
WOODS HOLE OCEANGRAPHIC           )
      Defendant.                  )
```

### NOTICE OF CANCELLATION AND RE-SCHEDULING

The scheduling conference set for June 24, 2004 has been canceled.

It has been re-scheduled for: July 1, 2004 at 10:15 a.m.

By the court,
/s/

Zita Lovett
Deputy Clerk,
(617) 748-9183

6/16/04