UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE
2004 JUN 17 P 12: 26
U.S. DISTRICT COURT
DISTRICT OF MASS.

STEVEN EYKELHOFF, )
    Plaintiff )
)
v. ) Civil Action
)
) No. 04-10056-JLT
WOODS HOLE OCEANOGRAPHIC )
INSTITUTION, )
    Defendant )
)

### JOINT SCHEDULING STATEMENT

Now comes the parties in the above captioned matter and respectfully submits this joint proposed scheduling statement.

1. <u>Beginning of Unrestricted Discovery</u>

    Completion of automatic discovery and commencement of unrestricted discovery on June 24, 2004.

2. <u>Designation of Plaintiff's Expert Testimony</u>

    Complete designation of expert testimony (including complete answers to expert interrogatories and/or completion of Rule 26 expert materials if required) on or before October 1, 2004.

3. <u>Designation of Defendant's Expert Testimony</u>

    Complete designation of expert testimony (including complete answers to expert interrogatories and/or completion of Rule 26 expert materials if required) on or before November 1, 2004.

[Certificate of Service stamp in left margin: I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail-hand on 6-16-04. /signature/]

4. <u>All Dispositive Motions</u>

All dispositive motions to be filed on or before January 31, 2005.

5. <u>Close of Discovery</u>

All discovery to be concluded on or before January 31, 2005.

6. <u>Final Pretrial Conference</u>

Final pretrial conference to be held on some date on or after January 31, 2005.

7. <u>Deposition Testimony to be Used in Lieu of Trial Testimony</u>

The Parties reserve the right to take de bene esse depositions of witnesses who will be unavailable for trial, at any time up to and including the last Friday preceding the date of trial.

8. <u>Ready for Trial</u>

The parties will be prepared for trial in this matter on or after March 1, 2005.

Plaintiff and Defendant attorneys affirmatively state that they have discussed the probable budget for prosecuting and defending this action with their clients and the signature of the Plaintiff and Defendant will follow.

Respectfully submitted for
the Plaintiff, STEVEN EYKELHOFF,
by his attorney,

*[signature]*

Carolyn M. Latti, BBO #567394
Latti & Anderson LLP
30-31 Union Wharf
Boston, MA 02109
(617) 523-1000


Respectfully submitted for the
Defendant, WOODS HOLE OCEANOGRAPHIC
INSTITUTION,
by its attorneys,

*[signature]*

Robert Murphy, BBO #557659
Holbrook & Murphy
150 Federal Street
Boston, MA 02110
(617) 428-1151

Dated: 6-16-04