UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE
2004 JUN 22 P 12: 45
U.S. DISTRICT COURT
DISTRICT OF MASS

STEVEN EYKELHOFF,
    Plaintiff

V.

WOODS HOLE OCEANOGRAPHIC
INSTITUTION,
    Defendant

Civil Action

No. 04-10056-JLT

### AFFIDAVIT

I, STEVEN EYKELHOFF, hereby depose and state as follows:

1. I have discussed with my attorneys the probable budget for the costs of conducting the full course - and various alternative courses - of the litigation.

2. I have discussed with my attorneys potential resolution of the litigation through the use of alternative dispute resolution programs.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 21st DAY OF June, 2004.

_____
STEVEN EYKELHOFF

Respectfully submitted for the
Plaintiff, STEVEN EYKELHOFF,
by his attorneys,

_____
Carolyn M. Latti, BBO #567394
Latti & Anderson LLP
30-31 Union Wharf
Boston, MA 02109
(617) 523-1000

DATED: June 21, 2004

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the foregoing document was served on the attorney of record for each party named in this action, by mail, postage prepaid on 6-21-04.