UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| STEVEN EYKELHOFF, | * |  |
|     Plaintiff, | * |  |
|  | * |  |
| v. | * | Civil Action No. 04-10056-JLT |
|  | * |  |
| WOODS HOLE OCEANOGRAPHIC | * |  |
| INSTITUTION, | * |  |
|     Defendant. | * |  |
|  | * |  |

ORDER

July 6, 2004

TAURO, J.

After a conference on July 1, 2004, this court hereby orders that:

1. Plaintiff may depose the following individuals: (1) Richard Chase, (2) Ryan Schrouder, (3) James McGill, (4) Barrie Walden, (5) Neil Botsford and (6) Steven Eykelhoff;

2. Plaintiff may conduct a Fed. R. Civ. P. 30(b)(6) deposition of Defendant;

3. Defendant may depose the following individuals: (1) Steven Eykelhoff, (2) Mary Eykelhoff, (3) Richard Chase, (4) James McGill, (5) Deborah LeBel, (6) Fiamma Straneo, (7) Dr. John G. Strugar, (8) Dr. April Mott, (9) Dr. Jonathan Kost, (10) Keeper of Records of Falmouth Hospital, (11) Keeper of Records of Yale-New Haven Hospital, (12) Keeper of Records of Litchfield Hills Orthopedics, and (13) Keeper of Records of Falmouth Walk-In Clinic;

4. The abovementioned depositions must be completed by January 31, 2005;

5. No further discovery is permitted without leave of this court; and

6. A Further Conference will be held on February 8, 2005 at 10:30 a.m.

IT IS SO ORDERED.

    /s/ Joseph L. Tauro
United States District Judge