Filed in Open Court
7/1/04 HRZ

UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

STEVEN EYKELHOFF, )
    Plaintiff )
)
) Civil Action
V. )
) No. 04-10056-JLT
WOODS HOLE OCEANOGRAPHIC )
INSTITUTION, )
    Defendant )
)

**Plaintiff's List of People to Depose**

Now comes the parties in the above-entitled matter and submit Plaintiff's List of People to Depose:

**Plaintiff**

1. 30(b)(6) deposition

2. Richard Chase
   Chief Mate

3. Ryan Schrouder
   Mooring Tech

4. James McGill
   Bosun

5. Barrie Walden

6. Neil Botsford

**Defendant**

a. Steven Eykelhoff
   6 Wheeler Road

CERTIFICATE OF SERVICE
I hereby certify that a true copy of the foregoing document was served on the attorney of record for each party named in this action, by hand / mail, postage prepaid on 7-1-04

1

       Litchfield, CT
       Plaintiff

                                    Respectfully submitted for the Plaintiff,
                                    STEVEN EYKELHOFF, by his attorney,

                                    */s/ Carolyn M. Latti*
                                    Carolyn M. Latti, BBO# 567394
                                    Latti & Anderson LLP
                                    30-31 Union Wharf
                                    Boston, MA 02109
                                    (617) 523-1000

Dated: 7/1/04