Filed in Open Court
7/1/04 HRZ

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

*****************************)
STEVEN EYKELHOFF,            )
    Plaintiff               )
                             )   Civil Action No.: 04-10056-JLT
v.                           )
                             )
WOODS HOLE OCEANOGRAPHIC     )
INSTITUTION,                 )
    Defendant               )
*****************************

### DEFENDANT'S LIST OF PERSONS THEY WISH TO DEPOSE

NOW COMES the Defendant, Woods Hole Oceanographic Institution, in the above captioned matter, by and through its undersigned attorneys, HOLBROOK & MURPHY, pursuant to the Discovery Order, hereby list the persons they wish to depose as follows:

1. Steven Eykelhoff
   6 Wheeler Road
   Litchfield, CT

2. Mary Eykelhoff
   6 Wheeler Road
   Litchfield, CT

3. Richard Chase
   Chief Mate
   R/V OCEANUS

4. James McGill
   Wareham, MA

5. Deborah LeBel
   Scientist
   Lamont Doherty Earth Observatory
   Columbia University

6. Fiamma Stranco
   Scientist
   Woods Hole
   7 Millfield Street
   Woods Hole, MA  02543

7. John G. Strugar, M.D.
   Yale University School of Medicine
   Department of Neurosurgery
   333 Cedar Street
   New Haven, CT  06520-8082

8. Falmouth Hospital
   100 Ter Heun Drive
   Falmouth, MA  02540

9. Dr. April Mott
   538 Litchfield Street
   Torrington, CT  06790

10. Yale-New Haven Hospital
    20 York Street
    New Haven, CT  06504

11. Jonathan Kost, M.D.
    Connecticut Spine & Pain Center
    Bristol Hospital
    Brewster Road
    Bristol, CT  06011

12. Litchfield Hills Orthopedics
    245 Alvord Park Road
    Torrington, CT  06790

13. Falmouth Walk-In Clinic
    309 Teaticket Highway
    East Falmouth, MA

The Defendant respectfully reserves its right to supplement this document.

Respectfully submitted,
By its attorney,

Robert J. Murphy, BBO # 557659
HOLBROOK & MURPHY
150 Federal Street, 12th Floor
Boston, MA 02110
(617) 428-1151

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by ~~mail (by hand)~~ first mail on 6-30-04