UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| STEVEN EYKELHOFF, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 04-10056-JLT |
| | * | |
| WOODS HOLE OCEANOGRAPHIC INSTITUTION, | * | |
| | * | |
| | * | |
| Defendant. | * | |
| | * | |

ORDER

February 8, 2005

TAURO, J.

After the Further Conference held on February 8, 2005, this court hereby orders that:

1. Trial will commence on April 25, 2005 at 10:00 a.m.

IT IS SO ORDERED.

    /s/ Joseph L. Tauro
United States District Judge