# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

**STEVEN EYKELHOFF,**
    **Plaintiff,**

    v.                        CIVIL ACTION NO. 04-10056-JLT

**WOODS HOLE OCEANOGRAPHIC INSTITUTION,**
    **Defendant**.

## *NOTICE OF MEDIATION*

COLLINGS, U.S.M.J.

    Please take notice that a **MEDIATION** in the above-entitled case is scheduled for **10:30 A.M. on Wednesday, July 13, 2005**, with principals present, before the Honorable Robert B. Collings, United States Magistrate Judge at Courtroom 23, 7th floor, John Joseph Moakley United States Courthouse, 1 Courthouse Way, Boston, MA 02210.

                                      ROBERT B. COLLINGS
                                      United States Magistrate Judge

                       By:    *Kathleen M. Dolan*
                                      Deputy Clerk
                                      617-748-9229

Date: May 26, 2005.

Notice sent to:
Carolyn M. Latti, Esquire
Robert J. Murphy, Esquire