UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*)
STEVEN EYKELHOFF,                       )
     Plaintiff                           )
                                        )   Civil Action No.: 04-10056-JLT
v.                                      )
                                        )
WOODS HOLE OCEANOGRAPHIC                )
INSTITUTION,                            )
     Defendant                           )
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION TO RE-SCHEDULE MEDIATION (ASSENTED TO)

NOW COMES the defendant, Woods Hole Oceanographic Institution (hereinafter "Woods Hole"), in the above-captioned action, by and through its undersigned attorneys, HOLBROOK & MURPHY, and respectfully moves this Honorable to reschedule the voluntary mediation in the above captioned matter, which is currently set for July 13, 2005.

Defendant's counsel respectfully asserts that the mediation be rescheduled so that efforts to reach a resolution can be successful. On the date currently set for the mediation, the undersigned defense counsel is scheduled to be out of state and defense counsel's law partner will likely be on trial and therefore unable to assist. Counsel will be available for mediation during: the week of July 18, 2005, the week of July 25, 2005, August 1-4, 2005, August 8-10, 2005, August 18 or 19, 2005, and August 29-31, 2005.

This is the first request for rescheduling requested by the defendant. Opposing counsel assents to the relief sought herein. The defendant respectfully asserts that no party will be prejudiced by the court granting this motion.

WHEREFORE, the defendant, Woods Hole, respectfully moves this Honorable Court to reschedule the mediation currently set for July 13, 2005.

Attorneys for the Defendant,

Robert J. Murphy, BBO # 557659
HOLBROOK & MURPHY
150 Federal Street, 12th Floor
Boston, MA 02110
(617) 428-1151

ASSENTED TO:

Attorneys for the Plaintiff,

Carolyn M. Latti, BBO# 567394 /w/p
LATTI & ANDERSON LLP
30-31 Union Wharf
Boston, MA 02109
(617)523-1000

2