# United States District Court
# District of Massachusetts

STEVEN EYKELHOF,
    Plaintiff,

v.                              CIVIL ACTION NO. 2004-10056-JLT

WOODS HOLE OCEANGRAPHIC
    INSTITUTE,
    Defendant.

## REPORT RE: REFERENCE FOR ALTERNATIVE DISPUTE RESOLUTION TO JUDGE

COLLINGS, U.S.M.J.

On JULY 21, 2005, I held the following ADR proceeding:

\_\_\_\_\_ EARLY NEUTRAL EVALUATION      \_\_X\_\_ MEDIATION

\_\_\_\_\_ MINI-TRIAL      \_\_\_\_\_ SUMMARY JURY TRIAL

\_\_\_\_\_ SETTLEMENT CONFERENCE

Plaintiff, plaintiff's counsel, defendant's counsel and a representative of the defendant was present.

[X]     The case was SETTLED. The Clerk should issue a 30-day Order.

<u>July 21, 2005</u>                               *Robert B. Collings*
DATE                                     ROBERT B. COLLINGS
                                             United States Magistrate Judge

Copy to:     Judge Tauro
                Rebecca Tyler, Esquire,
                Counsel for all parties.