UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

STEVEN EYKELHOF,
    Plaintiff,

    V                CA 04-10056-JLT

WOODS HOLE OCEANGRAPHIC,
    Defendant.

## SETTLEMENT ORDER OF DISMISSAL

TAURO, D.J.

    The court having been advised on July 25, 2005 by counsel for the parties that the above action has been settled:

    IT IS ORDERED that this action is hereby dismissed without prejudice to reconsideration and possible re-opening if within <u>30</u> days of this order a motion is filed which represents that the terms of the settlement agreement have not been performed and there is good cause for the non-performing party or parties to have failed to perform.

                                                     Zita Lovett,
                                                          /s/

                                                          Deputy Clerk

July 25, 2005